No. A–786.  TERRAZAS ET AL. *v.* CLEMENTS, GOVERNOR
OF TEXAS, ET AL.  Application for stay of the order of the
United States District Court for the Northern District of
Texas, presented to JUSTICE WHITE, and by him referred to
the Court, denied.  JUSTICE POWELL took no part in the con-
sideration or decision of this application.

No. A–826.  QUEENSGATE INVESTMENT CO., DBA HOLI-
DAY INN *v.* LIQUOR CONTROL COMMISSION OF OHIO.  Sup.
Ct. Ohio.  Application for stay, presented to JUSTICE
O'CONNOR, and by her referred to the Court, denied.

No. A–828 (81–395).  UNITED STEELWORKERS OF AMER-
ICA, AFL–CIO–CLC *v.* SADLOWSKI ET AL.  C. A. D. C. Cir.
[Certiorari granted, 454 U. S. 962.]  Application of peti-
tioner for leave to file a reply brief in excess of the page limi-
tations, presented to THE CHIEF JUSTICE, and by him re-
ferred to the Court, denied.

No. D–248.  IN RE DISBARMENT OF HOLOBER.  Disbar-
ment entered.  [For earlier order herein, see 454 U. S. 936.]

No. D–249.  IN RE DISBARMENT OF BEATTY.  Disbar-
ment entered.  [For earlier order herein, see 454 U. S. 937.]

No. D–255.  IN RE DISBARMENT OF HOLMAN.  Disbar-
ment entered.  [For earlier order herein, see 455 U. S. 902.]

No. D–261.  IN RE DISBARMENT OF HAMMERSMITH.  It is
ordered that Robert K. Hammersmith, of Columbus, Ohio,
be suspended from the practice of law in this Court and that a
rule issue, returnable within 40 days, requiring him to show
cause why he should not be disbarred from the practice of law
in this Court.

No. D–262.  IN RE DISBARMENT OF AUWAERTER.  It is
ordered that John F. Auwaerter, of Sylvania, Ohio, be sus-
pended from the practice of law in this Court and that a rule
issue, returnable within 40 days, requiring him to show cause
why he should not be disbarred from the practice of law in
this Court.